UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODAS RODAS,<br><br>    Petitioner,<br><br> v.<br><br>F. SAMIEA, et al.,<br><br>    Respondents. | CASE NO. 5:26-cv-00065-AB (SK)<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

  Petitioner Jose Rodas Rodas is a citizen of El Salvador who is subject to a May 2019 reinstated final order of removal.  (ECF 1 at 5; ECF 17 at 2). He is protected against removal to El Salvador, however, pursuant to a deferral under the Convention Against Torture.  (ECF 1 at 8).  In July 2023, petitioner was released on an Order of Supervision ("OSUP") requiring regular check-ins at the Immigration and Customs Enforcement ("ICE") field office in Santa Maria, California.  (ECF 1 at 8).  On March 3, 2025, petitioner was detained without prior notice at a regularly scheduled ICE check-in. (ECF 1 at 9).  Four days later, ICE officers unsuccessfully attempted to remove petitioner to Mexico, despite petitioner's expressions of fear of removal to Mexico.  (ECF 1 at 9).  Petitioner remains detained at the Adelanto ICE Processing Facility.  (ECF 1 at 5).

  Alleging his re-detention and continued prolonged detention are unlawful under 8 U.S.C. § 1231(a), petitioner now seeks federal habeas relief under 28 U.S.C. § 2241.  (ECF 1 at 43–48).  At a February 11, 2026 hearing

on that petition, respondents stated that they have no opposition to the petition being granted. (ECF 16). At the hearing, respondents conceded that they have no evidence about why petitioner was re-detained on March 3, 2025 and no information about whether ICE complied with its own regulations for revocation of OSUP.

For these reasons, the unopposed petition under 28 U.S.C. § 2241 is GRANTED. Petitioner is ordered released from ICE custody immediately. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: February 12, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEVE KIM
United States Magistrate Judge