# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE RODAS RODAS,

                Petitioner,

    v.

F. SAMIEA, et al.,

                Respondents.

Case No. 5:26-cv-00065-AB (SK)

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner is to be released from custody of Immigration and Customs Enforcement immediately.

DATED: February 12, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE